UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL PADILLA,<br><br>              Plaintiff,<br><br>      v.<br><br>JPMORGAN CHASE, N.A.,<br><br>              Defendant. | Case No. 1:24-cv-01351-CDB<br><br>ORDER ON STIPULATION STAYING ACTION AND DIRECTING SUBMITTAL OF DISPUTES TO ARBITRATION<br><br>(Docs. 5, 6)<br><br>ORDER VACATING SCHEDULING CONFERENCE<br><br>(Doc. 2) |

**Background**

On November 4, 2024, Plaintiff Rachel Padilla ("Plaintiff") initiated this action against Defendant JPMorgan Chase, N.A. ("Defendant"), with the filing of a complaint in the Superior Court of California, County of Kern.  (Doc. 1-1).  On November 4, 2024, Defendant removed the action to this Court.  (Doc. 1).

Pending before the Court is the stipulated request of Plaintiff and Defendant for order staying the action and requiring submittal of the parties' dispute to arbitration.  (Doc. 5).

///

///

///

**Conclusion and Order**

In light of the parties' representations and good cause appearing, it is HEREBY ORDERED:

1. The claims of Plaintiff SHALL BE SUBMITTED to arbitration;
2. This action shall be stayed in its entirety pending the filing of a motion to confirm or vacate an arbitration award, or a notice of dismissal;
3. The parties SHALL FILE a joint notice informing the Court of the status of scheduling arbitration within 30 days of the date of this order;
4. The parties SHALL FILE a joint notice informing the Court of the status of arbitration every 90 days following the date of this order until arbitration is completed;
5. Within 14 days of the completion of arbitration, the parties SHALL FILE a joint notice informing the Court that arbitration has been completed and describing the parties' intentions with respect to the disposition or continued prosecution of this case; and
6. The Scheduling Conference set for February 5, 2025 (Doc. 2) is VACATED and the parties are relieved of their obligation to file a joint scheduling report.

IT IS SO ORDERED.

Dated:   **November 26, 2024**                    _____
                                                  UNITED STATES MAGISTRATE JUDGE

2